# United States Bankruptcy Court
## Western District of Louisiana

**Judge:** John S. Hodge

---

**IN RE:** Kerry L. Williams  
Debtor(s)

**Chapter:** 7  
**Case Number:** 18–12049

---

## ORDER FOR DISTRIBUTION OF FUNDS

The Trustee's Final Account and Report ("TFR") has been duly reviewed by the U.S. Trustee's office and filed in this Chapter 7 case. Notice of the filing of the TFR and of all applications for compensation and reimbursement of expenses exceeding $1,500.00 has been given, and no written objection has been filed with the Clerk of Bankruptcy Court. Accordingly,

**IT IS ORDERED THAT:**

(1) The TFR is approved.
(2) The chapter 7 trustee is awarded (a) compensation in the amount of $2400.00, plus applicable fees earned on interest accrued between the date of the Notice and distribution, and (b) reimbursement of expenses in the amount of $164.70, all pursuant to 11 USC § 330;
(3) The chapter 7 trustee pay to the Clerk from the estate in this case miscellaneous fees due in the amount of $0.00 pursuant to 28 USC § 1930(b); and
(4) The trustee make final distribution of funds in accordance with law.

**SIGNED this the 13th day of February, 2020**

                          **BY THE COURT**

                          **/s/ John S. Hodge**

                          **UNITED STATES BANKRUPTCY JUDGE**