# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

In re: Williams, Kerry L. § Case No. 18-12049
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

JOHN W. LUSTER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $191,151.05         Assets Exempt: $51,238.05
*(without deducting any secured claims)*

Total Distribution to Claimants: $13,858.46    Claims Discharged
                                                Without Payment: $815,268.25

Total Expenses of Administration: $2,641.54

---

3) Total gross receipts of $ 16,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $16,500.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $145,871.22 | $58,746.84 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,641.54 | 2,641.54 | 2,641.54 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 73,000.00 | 122,932.93 | 122,932.93 | 13,858.46 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 761,165.55 | 484,470.19 | 484,470.19 | 0.00 |
| **TOTAL DISBURSEMENTS** | $980,036.77 | $668,791.50 | $610,044.66 | $16,500.00 |

4) This case was originally filed under Chapter 7 on December 26, 2018. The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/07/2020  By: /s/JOHN W. LUSTER
                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 5304 Alex lane, Shreveport, LA 71129-0000 | 1110-000 | 15,000.00 |
| 1011 Hwy 2, Plain Dealing, LA 71064 | 1110-000 | 1,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$16,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | SUSQUEHANNA SALT LAKE LLC | 4210-000 | N/A | 43,896.84 | 0.00 | 0.00 |
| 2S | AmeriCredit Financial Services, Inc. | 4210-000 | 16,269.00 | 14,850.00 | 0.00 | 0.00 |
| NOTFILED | Wells Fargo Bank | 4110-000 | 64,295.00 | N/A | N/A | 0.00 |
| NOTFILED | Santander Consumer USA | 4110-000 | 32,385.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Bank | 4110-000 | 32,922.22 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$145,871.22** | **$58,746.84** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JOHN W. LUSTER | 2100-000 | N/A | 2,400.00 | 2,400.00 | 2,400.00 |
| Trustee Expenses - JOHN W. LUSTER | 2200-000 | N/A | 164.70 | 164.70 | 164.70 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 7.84 | 7.84 | 7.84 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 12.65 | 12.65 | 12.65 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 14.89 | 14.89 | 14.89 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 13.53 | 13.53 | 13.53 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 13.07 | 13.07 | 13.07 |
| Other - Mechanics Bank | 2600-000 | N/A | 14.86 | 14.86 | 14.86 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,641.54 | $2,641.54 | $2,641.54 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9P | Louisiana Department of Revenue | 5800-000 | 5,000.00 | 3,002.70 | 3,002.70 | 338.50 |
| 14 -2 | Internal Revenue Service | 5800-000 | 68,000.00 | 119,930.23 | 119,930.23 | 13,519.96 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $73,000.00 | $122,932.93 | $122,932.93 | $13,858.46 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2U | AmeriCredit Financial Services, Inc. | 7100-000 | N/A | 1,033.53 | 1,033.53 | 0.00 |
| 3 | Developers Surety and Indemnity Company | 7100-000 | 206,290.16 | 212,566.56 | 212,566.56 | 0.00 |
| 4 | U.S. Department of Education | 7100-000 | N/A | 41,225.65 | 41,225.65 | 0.00 |
| 5 | Jefferson Financial Federal Credit Union | 7100-000 | 24,939.00 | 24,965.09 | 24,965.09 | 0.00 |
| 6 | Carter Federal Credit Union | 7100-000 | 46,304.14 | 46,439.81 | 46,439.81 | 0.00 |
| 7 | IPFS Corporation | 7100-000 | 1,022.22 | 202.24 | 202.24 | 0.00 |
| 8 | Lift fund | 7100-000 | 49,792.00 | 50,390.31 | 50,390.31 | 0.00 |
| 9U | Louisiana Department of Revenue | 7300-000 | N/A | 2,027.49 | 2,027.49 | 0.00 |
| 10 | National Loan Investors, L.P. | 7100-000 | 33,105.09 | 33,582.31 | 33,582.31 | 0.00 |
| 11 | Hudson Insurance Group | 7100-000 | 58,636.88 | 57,573.44 | 57,573.44 | 0.00 |
| 12 | Midland Funding LLC | 7100-000 | N/A | 4,185.64 | 4,185.64 | 0.00 |
| 13 | Synchrony Bank | 7100-000 | 10,278.00 | 10,278.12 | 10,278.12 | 0.00 |
| NOTFILED | State Farm Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | State Farm Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Synchrony Bank/Care Credit | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Stephen B Elggren, PC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Synchrony Bank/Lowes | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Tower Loan | 7100-000 | 4,402.00 | N/A | N/A | 0.00 |
| NOTFILED | Synchrony Bank/Lowes | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Susqehanna Salt Lake, LLC | 7100-000 | 43,896.84 | N/A | N/A | 0.00 |
| NOTFILED | Synchrony Bank/Care Credit | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Regions Commerical Bankcard | 7100-000 | 7,856.77 | N/A | N/A | 0.00 |
| NOTFILED | Mobile Mini Inc | 7100-000 | 3,600.00 | N/A | N/A | 0.00 |
| NOTFILED | Main Street Financial | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Main Street Financial | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | National Business Capital | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Prudent Lenders | 7100-000 | 48,689.89 | N/A | N/A | 0.00 |
| NOTFILED | Tower Loan | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Regions | 7100-000 | 3,930.66 | N/A | N/A | 0.00 |
| NOTFILED | Regions Bank | 7100-000 | 3,984.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Seabaugh, Joffrion, Sepulvado | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Tower Loan | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Willscot/Acton Mobile | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | WEX Fleet Services | 7100-000 | 1,800.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Verizon | 7100-000 | 240.04 | N/A | N/A | 0.00 |
| NOTFILED | Vital Recovery Services, LLC | 7100-000 | 88,100.55 | N/A | N/A | 0.00 |
| NOTFILED | Main Street Financial | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | United Rentals | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | LCTA Workers Comp | 7100-000 | 5,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Arc Document Solutions, LLC | 7100-000 | 52.26 | N/A | N/A | 0.00 |
| NOTFILED | Allen Commerical | 7100-000 | 5,745.00 | N/A | N/A | 0.00 |
| NOTFILED | Amtrust North America | 7100-000 | 1,166.00 | N/A | N/A | 0.00 |
| NOTFILED | BlueLine Rental | 7100-000 | 3,073.48 | N/A | N/A | 0.00 |
| NOTFILED | Breazeale, Sachse & Wilson, LLP | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank/Office Depot | 7100-000 | 2,755.00 | N/A | N/A | 0.00 |
| NOTFILED | CAN Capital Asset Servicing, Inc | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Citizens National Bank | 7100-000 | 2,144.00 | N/A | N/A | 0.00 |
| NOTFILED | Comcast | 7100-000 | 196.49 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Main Street Financial | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Kaile L. Mercuri | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Jomax Recovery, LLC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Kabbage Loans | 7100-000 | 10,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Komatsu | 7100-000 | 6,075.97 | N/A | N/A | 0.00 |
| NOTFILED | Law office of Stephen B. Elggren | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Main Street Financial | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Lift fund | 7100-000 | 10,957.00 | N/A | N/A | 0.00 |
| NOTFILED | Lowes LAR | 7100-000 | 1,500.00 | N/A | N/A | 0.00 |
| NOTFILED | John Hogan | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Jefferson Financial Credit Union | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Conduent/Sallie Mae | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Conduent/Sallie Mae | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Conduent/Sallie Mae | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Conduent/Sallie Mae | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Cooper Plastering Inc | 7100-000 | 5,800.00 | N/A | N/A | 0.00 |
| NOTFILED | Dream It Fund IT | 7100-000 | 10,821.59 | N/A | N/A | 0.00 |
| NOTFILED | Credit First National Association | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Himmel's Architecture Door | 7100-000 | 17,251.52 | N/A | N/A | 0.00 |
| NOTFILED | Fed Loan Servicing | 7100-000 | 41,259.00 | N/A | N/A | 0.00 |
| NOTFILED | Jefferson Financial Credit Union | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $761,165.55 | $484,470.19 | $484,470.19 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 18-12049  
**Case Name:** Williams, Kerry L.

**Period Ending:** 05/07/20

**Trustee:** (380320) JOHN W. LUSTER  
**Filed (f) or Converted (c):** 12/26/18 (f)  
**§341(a) Meeting Date:** 01/25/19  
**Claims Bar Date:** 08/12/19

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | 6301 Cerromar Beach Dr, Shreveport, LA 71129-411 (See Footnote) | 123,745.00 | 0.00 | | 0.00 | FA |
| 2 | 5304 Alex lane, Shreveport, LA 71129-0000 (See Footnote) | 45,000.00 | 15,000.00 | | 15,000.00 | FA |
| 3 | 1011 Hwy 2, Plain Dealing, LA 71064 (See Footnote) | 5,300.00 | 1,500.00 | | 1,500.00 | FA |
| 4 | 2007 Dodge Nitro | 5,000.00 | 0.00 | | 0.00 | FA |
| 5 | 2015 Jeep Patriot (See Footnote) | 13,343.00 | 0.00 | | 0.00 | FA |
| 6 | 2017 Dodge Ram 1500 (See Footnote) | 29,925.00 | 0.00 | | 0.00 | FA |
| 7 | 1999 Ford F250 | 3,300.00 | 0.00 | | 0.00 | FA |
| 8 | 2008 Brag trailer | 350.00 | 0.00 | | 0.00 | FA |
| 9 | Sofa | 250.00 | 0.00 | | 0.00 | FA |
| 10 | Love Seat | 100.00 | 0.00 | | 0.00 | FA |
| 11 | Recliner Chair | 125.00 | 0.00 | | 0.00 | FA |
| 12 | Wide chair with ottoman | 200.00 | 0.00 | | 0.00 | FA |
| 13 | Coffee table | 75.00 | 0.00 | | 0.00 | FA |
| 14 | 2 end tables | 100.00 | 0.00 | | 0.00 | FA |
| 15 | floor lamp | 25.00 | 0.00 | | 0.00 | FA |
| 16 | Queen size bed | 250.00 | 0.00 | | 0.00 | FA |
| 17 | dresser/mirror | 125.00 | 0.00 | | 0.00 | FA |
| 18 | night stand | 25.00 | 0.00 | | 0.00 | FA |
| 19 | tv stand | 15.00 | 0.00 | | 0.00 | FA |
| 20 | sofa table | 15.00 | 0.00 | | 0.00 | FA |
| 21 | ceiling fan | 25.00 | 0.00 | | 0.00 | FA |
| 22 | celing fan | 25.00 | 0.00 | | 0.00 | FA |
| 23 | king size headboard | 25.00 | 0.00 | | 0.00 | FA |
| 24 | twin daybed | 250.00 | 0.00 | | 0.00 | FA |
| 25 | sofa | 100.00 | 0.00 | | 0.00 | FA |
| 26 | desk | 50.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 18-12049  
**Case Name:** Williams, Kerry L.  

**Period Ending:** 05/07/20

**Trustee:** (380320) JOHN W. LUSTER  
**Filed (f) or Converted (c):** 12/26/18 (f)  
**§341(a) Meeting Date:** 01/25/19  
**Claims Bar Date:** 08/12/19

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 27 | chair | 15.00 | 0.00 | | 0.00 | FA |
| 28 | king size bed | 350.00 | 0.00 | | 0.00 | FA |
| 29 | 2 night stands | 150.00 | 0.00 | | 0.00 | FA |
| 30 | dresser/mirror | 250.00 | 0.00 | | 0.00 | FA |
| 31 | sectional couch | 375.00 | 0.00 | | 0.00 | FA |
| 32 | coffee table | 150.00 | 0.00 | | 0.00 | FA |
| 33 | 2 pwered end table | 225.00 | 0.00 | | 0.00 | FA |
| 34 | office desk with stool | 225.00 | 0.00 | | 0.00 | FA |
| 35 | shelving | 50.00 | 0.00 | | 0.00 | FA |
| 36 | recliner | 80.00 | 0.00 | | 0.00 | FA |
| 37 | desk lamp | 20.00 | 0.00 | | 0.00 | FA |
| 38 | king size bed | 350.00 | 0.00 | | 0.00 | FA |
| 39 | 2 night stands | 20.00 | 0.00 | | 0.00 | FA |
| 40 | dresser/mirror | 125.00 | 0.00 | | 0.00 | FA |
| 41 | jewelry armoire | 75.00 | 0.00 | | 0.00 | FA |
| 42 | book stand | 15.00 | 0.00 | | 0.00 | FA |
| 43 | 2 lamps | 30.00 | 0.00 | | 0.00 | FA |
| 44 | refrigerator | 125.00 | 0.00 | | 0.00 | FA |
| 45 | stove | 50.00 | 0.00 | | 0.00 | FA |
| 46 | dishwasher | 50.00 | 0.00 | | 0.00 | FA |
| 47 | 5-piece dinette set | 50.00 | 0.00 | | 0.00 | FA |
| 48 | kitchen chandelier | 25.00 | 0.00 | | 0.00 | FA |
| 49 | forks, spoons, knives | 50.00 | 0.00 | | 0.00 | FA |
| 50 | toaster | 10.00 | 0.00 | | 0.00 | FA |
| 51 | blender | 15.00 | 0.00 | | 0.00 | FA |
| 52 | can opener | 10.00 | 0.00 | | 0.00 | FA |
| 53 | glasses and cups | 45.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 18-12049  
**Case Name:** Williams, Kerry L.  

**Period Ending:** 05/07/20

**Trustee:** (380320) JOHN W. LUSTER  
**Filed (f) or Converted (c):** 12/26/18 (f)  
**§341(a) Meeting Date:** 01/25/19  
**Claims Bar Date:** 08/12/19

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 54 | filing cabinet | 25.00 | 0.00 | | 0.00 | FA |
| 55 | mini blinds | 25.00 | 0.00 | | 0.00 | FA |
| 56 | curtains | 25.00 | 0.00 | | 0.00 | FA |
| 57 | china | 175.00 | 0.00 | | 0.00 | FA |
| 58 | 48" Flat Screen Tv | 150.00 | 0.00 | | 0.00 | FA |
| 59 | Stereo with speakers | 50.00 | 0.00 | | 0.00 | FA |
| 60 | desktop computer | 100.00 | 0.00 | | 0.00 | FA |
| 61 | broken 16" desktop montor | 5.00 | 0.00 | | 0.00 | FA |
| 62 | broken 40" tv | 20.00 | 0.00 | | 0.00 | FA |
| 63 | printer | 75.00 | 0.00 | | 0.00 | FA |
| 64 | 40" tv | 150.00 | 0.00 | | 0.00 | FA |
| 65 | mini bluetooth speakers | 50.00 | 0.00 | | 0.00 | FA |
| 66 | 40 " tv | 1,560.00 | 0.00 | | 0.00 | FA |
| 67 | 120" protecjtor screen | 75.00 | 0.00 | | 0.00 | FA |
| 68 | 72" projector screen | 50.00 | 0.00 | | 0.00 | FA |
| 69 | dvr receiver | 125.00 | 0.00 | | 0.00 | FA |
| 70 | in focus projector | 600.00 | 0.00 | | 0.00 | FA |
| 71 | laptop | 125.00 | 0.00 | | 0.00 | FA |
| 72 | 50" flatscreen | 150.00 | 0.00 | | 0.00 | FA |
| 73 | chistmas tree | 25.00 | 0.00 | | 0.00 | FA |
| 74 | singing santa | 25.00 | 0.00 | | 0.00 | FA |
| 75 | gas grill | 100.00 | 0.00 | | 0.00 | FA |
| 76 | smoker | 20.00 | 0.00 | | 0.00 | FA |
| 77 | fans | 50.00 | 0.00 | | 0.00 | FA |
| 78 | vaccum cleaner | 50.00 | 0.00 | | 0.00 | FA |
| 79 | hand saw, cordless drill | 35.00 | 0.00 | | 0.00 | FA |
| 80 | hammers, crowbars, skill saw, ladders, ratchet set, screwdrivers, sledge hammers, caulking guns, | 250.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 4

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 18-12049  
**Case Name:** Williams, Kerry L.

**Period Ending:** 05/07/20

**Trustee:** (380320) JOHN W. LUSTER  
**Filed (f) or Converted (c):** 12/26/18 (f)  
**§341(a) Meeting Date:** 01/25/19  
**Claims Bar Date:** 08/12/19

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | levels |  |  |  |  |  |
| 81 | water hoses, brooms, rakes,, mops | 100.00 | 0.00 |  | 0.00 | FA |
| 82 | utility knives | 10.00 | 0.00 |  | 0.00 | FA |
| 83 | 2 small safes | 100.00 | 0.00 |  | 0.00 | FA |
| 84 | shredder, trash cans | 50.00 | 0.00 |  | 0.00 | FA |
| 85 | misc tools | 350.00 | 0.00 |  | 0.00 | FA |
| 86 | 2 wall paintings | 20.00 | 0.00 |  | 0.00 | FA |
| 87 | 2 vases | 45.00 | 0.00 |  | 0.00 | FA |
| 88 | 2 candle stands | 15.00 | 0.00 |  | 0.00 | FA |
| 89 | exercise bike | 20.00 | 0.00 |  | 0.00 | FA |
| 90 | clothes, suites, ties, shoes | 800.00 | 0.00 |  | 0.00 | FA |
| 91 | wedding rings | 500.00 | 0.00 |  | 0.00 | FA |
| 92 | costume jewelry | 100.00 | 0.00 |  | 0.00 | FA |
| 93 | lsu wrist watch | 50.00 | 0.00 |  | 0.00 | FA |
| 94 | Cash | 400.00 | 0.00 |  | 0.00 | FA |
| 95 | Checking: Regions Bank | 300.00 | 0.00 |  | 0.00 | FA |
| 96 | Checking: Jefferson Financial | 469.00 | 0.00 |  | 0.00 | FA |
| 97 | Savings: Jefferson Financial | 5.00 | 0.00 |  | 0.00 | FA |
| 98 | 345 shares of Cyberfort software Inc Stock with Ameritrade | Unknown | 0.00 |  | 0.00 | FA |
| 99 | 100% in Cercontech LLC., 100% ownership | Unknown | 0.00 |  | 0.00 | FA |
| 100 | 100% in CCT Solutions Inc, 100% ownership | Unknown | 0.00 |  | 0.00 | FA |
| 101 | AEC Bridges Foundation, Inc.<br>(Company is a non-profit corporation debtor founded) | Unknown | 0.00 |  | 0.00 | FA |
| 102 | Pension: Louisina State Retirement Pension (u)<br>(Lasers) | Unknown | 0.00 |  | 0.00 | FA |
| 103 | Contractors License for Louisiana | Unknown | 0.00 |  | 0.00 | FA |

Exhibit 8

Page: 5

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 18-12049  
**Case Name:** Williams, Kerry L.

**Period Ending:** 05/07/20

**Trustee:** (380320) JOHN W. LUSTER  
**Filed (f) or Converted (c):** 12/26/18 (f)  
**§341(a) Meeting Date:** 01/25/19  
**Claims Bar Date:** 08/12/19

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 104 | Concrete and asphalt License | Unknown | 0.00 | | 0.00 | FA |
| 105 | Structural Concrete Inspector license | Unknown | 0.00 | | 0.00 | FA |
| 106 | PCC paving inspector license | Unknown | 0.00 | | 0.00 | FA |
| 107 | Embankment and Base Course Inspector license | Unknown | 0.00 | | 0.00 | FA |
| 108 | Asphalt Paving Inspector license | Unknown | 0.00 | | 0.00 | FA |
| 109 | Whole Life Insurance policy from Prudential for $60,000 | 2,673.05 | 0.00 | | 0.00 | FA |
| 110 | Term life insurance policy with AARP for $100,000 | Unknown | 0.00 | | 0.00 | FA |
| 111 | accidental death policy with Stonebridge life insurance for $100,000 | Unknown | 0.00 | | 0.00 | FA |
| 112 | Security cameras | 176.00 | 0.00 | | 0.00 | FA |
| 113 | Ipad | 300.00 | 0.00 | | 0.00 | FA |
| 114 | Cellphones | 200.00 | 0.00 | | 0.00 | FA |
| **114** | **Assets** Totals (Excluding unknown values) | **$241,451.05** | **$16,500.00** | | **$16,500.00** | **$0.00** |

RE PROP# 1     Reaffirmed debt  
RE PROP# 2     Property sold at auction per c/o #25  
RE PROP# 3     Sold to debtor per c/o #27  
RE PROP# 5     Reaffirmed debt  
RE PROP# 6     Reaffirmed debt

**Major Activities Affecting Case Closing:**

3/4/19 filed Motion to Sell Immovable Property at Public Auction, Order Doc #25  
3/26/19 filed Motion to Sell Immovable Property at Private Sale, Order Doc #27  
7/15/19 Reviewed file, claims bar date is August 12, 2019 - will review claims at that time  
10/14/19 Reviewed file, reviewing claims

Printed: 05/07/2020 03:50 PM     V.14.66

Exhibit 8

Page: 6

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 18-12049 | **Trustee:** (380320) JOHN W. LUSTER |
| **Case Name:** Williams, Kerry L. | **Filed (f) or Converted (c):** 12/26/18 (f) |
| | **§341(a) Meeting Date:** 01/25/19 |
| **Period Ending:** 05/07/20 | **Claims Bar Date:** 08/12/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** October 25, 2019    **Current Projected Date Of Final Report (TFR):** November 26, 2019 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 18-12049 | | Trustee: | JOHN W. LUSTER (380320) |
|---|---|---|---|---|
| Case Name: | Williams, Kerry L. | | Bank Name: | Mechanics Bank |
| | | | Account: | ******0966 - Checking Account |
| Taxpayer ID #: | **-***1061 | | Blanket Bond: | $33,628,643.00 (per case limit) |
| Period Ending: | 05/07/20 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/29/19 | {3} | Bowie & Beresko, PLC | Sales proceeds per c/o #27 | 1110-000 | 1,500.00 | | 1,500.00 |
| 05/14/19 | {2} | Danny Lawler Enterprises, LLC dba Lawler Auction Company | Auction proceeds per c/o #25 | 1110-000 | 15,000.00 | | 16,500.00 |
| 05/31/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 7.84 | 16,492.16 |
| 06/28/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.65 | 16,479.51 |
| 07/31/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.89 | 16,464.62 |
| 08/30/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.53 | 16,451.09 |
| 09/30/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.07 | 16,438.02 |
| 10/31/19 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 14.86 | 16,423.16 |
| 02/14/20 | 101 | JOHN W. LUSTER | Dividend paid 100.00% on $2,400.00, Trustee Compensation; Reference: | 2100-000 | | 2,400.00 | 14,023.16 |
| 02/14/20 | 102 | JOHN W. LUSTER | Dividend paid 100.00% on $164.70, Trustee Expenses; Reference: | 2200-000 | | 164.70 | 13,858.46 |
| 02/14/20 | 103 | Louisiana Department of Revenue | Dividend paid 11.27% on $3,002.70; Claim# 9P; Filed: $3,002.70; Reference: 9030 | 5800-000 | | 338.50 | 13,519.96 |
| 02/14/20 | 104 | Internal Revenue Service | Dividend paid 11.27% on $119,930.23; Claim# 14 -2; Filed: $119,930.23; Reference: XXX-XX-9030 | 5800-000 | | 13,519.96 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 16,500.00 | 16,500.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 16,500.00 | 16,500.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$16,500.00** | **$16,500.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******0966 | 16,500.00 | 16,500.00 | 0.00 |
| | $16,500.00 | $16,500.00 | $0.00 |

{} Asset reference(s)

Printed: 05/07/2020 03:50 PM V.14.66

18-12049 - #42 File 05/28/20 Enter 05/28/20 15:31:14 Pg 14 of 14